**FILED BY** _____

**Nov 20, 2018**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA, **Miami**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

No.   18-mj-3681-McAliley

**UNITED STATES OF AMERICA**

v.

**JEREMY HAMILTON,**

     **Defendant.**
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States
    Attorney's Office prior to October 14, 2003?  _____ Yes  __x__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:  _____

MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9289
Michael.Homer@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-mj-3681-McAliley |
| JEREMY HAMILTON, | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 19, 2018_____ in the county of _____Miami-Dade_____ in the
_Southern_ District of _____Florida_____, the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Martin Amaran, ATF Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____11/20/2018_____

_____
_Judge's signature_

City and state: _____Miami, Florida_____

Chris M. McAliley, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Martin Amaran, being duly sworn, deposes and states:

### INTRODUCTION

1.      I am a Detective with the Miami-Dade Police Department ("MDPD") and have been so employed for fifteen years.  I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Task Force as a Task Force Officer ("TFO").   As part of my duties, I am responsible for investigating federal and state laws pertaining to, among other things, firearms violations, including violations of Title 18, United States Code, Sections 922, 924 and 1951.

2.      I base the facts in this Affidavit upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers. I am submitting this Affidavit for the limited purpose of establishing probable cause that the defendant, JEREMY HAMILTON ("HAMILTON"), did knowingly possess a firearm in or affecting interstate or foreign commerce, and before possessing the firearm, the defendant had been convicted of a felony, in violation of Title 18, United States Code, Section 922 (g)(1). This Affidavit does not include every fact that I know about this investigation.  Rather, it includes those facts necessary to establish probable cause in support of the criminal complaint.

### PROBABLE CAUSE

3.      On Monday, November 19, 2018, at approximately 7:30 p.m., MDPD officers were patrolling the area near 2021 NW 65th Street in Miami-Dade County, Florida, due to recent shootings and because it is a high crime area.

4.      The officers observed what appeared to be illegal gambling taking place and made contact with a large group of individuals, one of whom was later identified as HAMILTON. As

the officers approached HAMILTON, he attempted to flee on foot.  Officers noticed a bulge in HAMILTON's waistband.  HAMILTON was ordered to the ground and complied.  As HAMILTON complied, the officers observed a firearm in HAMILTON's shorts. HAMILTON notified the officers that he was carrying a firearm.  The officers recovered the firearm.

5.   The Detectives conducted a criminal history check of HAMILTON and discovered that he had been previously convicted in Florida of premeditated murder.

6.   I then responded to the MDPD, Northside Station, where an interview with HAMILTON was conducted. HAMILTON was provided his *Miranda* rights, which he waived, and provided a recorded statement advising that he purchased the firearm approximately two years ago for protection and was in possession of it when detained by the Officers.

7.   The .45 caliber Glock handgun, was not manufactured in Florida.  Thus, it traveled in interstate and/or foreign commerce.

8.   Based upon my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that the defendant, JEREMY HAMILTON, did knowingly possess a firearm in or affecting interstate or foreign commerce, and before possessing the firearm, the defendant had been convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Martin Amaran, TFO, ATF

Subscribed and sworn to before me this 20th day of November 20, 2018.

HONORABLE CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE

2

